George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Charles Hunter*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Charles Hunter, | Case No.: 2:22-cv-00048-APG-NJK |
| Plaintiff(s,) | |
| v. | **Stipulation of dismissal of Broker Solutions, Inc. dba New American Funding with prejudice** |
| Broker Solutions, Inc. dba New American Funding, | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Charles Hunter and Broker Solutions, Inc. dba New American Funding stipulate to dismiss Plaintiff's claims against Broker Solutions, Inc. dba New American Funding with prejudice.

///

///

STIPULATION         - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 16, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Charles Hunter*

**Wolfe & Wyman, LLP**

/s/ David Blake
David Blake, Esq.
6757 Spencer St.
Las Vegas, NV 89119
*Counsel for Broker Solutions, Inc. dba New American Funding*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_____

STIPULATION                - 2 -